UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUMENER, ODSON AND OH LLP, | Case No. 2:24-cv-11179-MCS-PVC |
| Plaintiff, | JUDGMENT |
| v. | |
| SAADIA SQUARE LLC, | |
| Defendant. | |

Petitioner Shumener, Odson & Oh LLP, by its attorneys, Edward O. Morales and Caleb Clifford, having duly petitioned this Court for a judgment pursuant to 9 U.S.C. § 9, confirming the Arbitration Award of the Hon. Marie S. Weiner (Ret.), as arbitrator and directing that judgment be entered thereon:

Now, upon reading the Petition to Confirm the Final Arbitration Award in favor of Shumener, Odson & Oh LLP and against Respondent Saadia Square LLC, and all responses, if any, and after due deliberation having been held thereon, and upon the decision of this Court, for good cause shown:

It is hereby ordered, adjudged and decreed, that Shumener, Odson & Oh LLP shall recover from Saadia Square LLC the sum of $785,346.97. Postjudgment interest shall accrue at the rate prescribed by 28 U.S.C. § 1961(a).

Shumener, Odson & Oh LLP's complaint is dismissed given the arbitration award confirmed in this proceeding.

**IT IS SO ORDERED.**

Dated: November 17, 2025

*[signature: Mark C. Scarsi]*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2